Andrew J. Leaf, appellee, v. Charles Benson and Anton Benson, trading as Benson Land Company, appellants. Gen. No. 26,574.

Order of court denying a motion to vacate a judgment against defendants. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded with directions. Opinion filed March 7, 1922.

Sinden, Hassell & Osusky, for appellants. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Nathaniel M. Jones, trustee under last will of Thomas Craven, deceased (substituted in lieu of Northern Trust Company, trustee), appellee, v. John F. Hahn, appellant. Gen. No. 26,595.

Suit for an accounting and for right to redeem from foreclosure. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922. Certiorari denied by Supreme Court (making opinion final).

Ela, Grover & March and Charles C. Bombaugh, for appellant; Charles C. Bombaugh, of counsel. Vincent D. Wyman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Loretta Blair, appellee, v. Philip Franklin, appellant. Gen. No. 26,617.

Bastardy proceeding. Defendant found guilty and adjudged to pay $1,100 for maintenance. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

L. J. Haigler, for appellant. Robert E. Crowe, for appellee; Henry T. Chace, Jr., and E. E. Wilson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Peter Salerno, plaintiff in error. Gen. No. 26,723.

Prosecution for receiving stolen property. Defendant found guilty. Error to the Criminal Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed March 7, 1922.

William R. McCabe and Thomas E. Swanson, for plaintiff in error. Robert E. Crowe, Edward E. Wilson and Henry T. Chace, Jr., for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Louis J. Mayer, appellant, v. Bohumil Fronek, appellee. Gen. No. 26,772.

Judgment by confession on a promissory note vacated and leave to defend given. Judgment for defendant on the trial. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922.